**FILED**
October 30, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JIAN HONG LIANG,<br><br>             Defendant. | Case No. 2:06-cr-390 EJG<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JIAN HONG LIANG; Case 2:06-cr-390 EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_   Secured bond in the amount of $450,000.00 and/or all available equity in the two properties offered. Agreement to forfeit property, signed by defendant and Lena Yang, to be filed today.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    _X_   (Other) Pretrial conditions/supervision.

Issued at Sacramento, CA on 10/30/09 at 10:40 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge