Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Jian Hong Liang

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case Nos: 06-337 and 06-390 |
| | ) |
| Plaintiff, | ) **APPLICATION AND ORDER FOR COURT** |
| | ) **ASSISTANCE IN OBTAINING** |
| vs. | ) **FORTHWITH FROM COURT REPORTER** |
| | ) **AN ESTIMATE OF THE COST OF THE** |
| JIAN HONG LIANG, | ) **TRIAL TRANSCRIPT AND A COPY OF** |
| | ) **THE TRANSCRIPT IF REQUESTED** |
| Defendant. | ) |
| | ) **Date: N/A** |
| | ) **Time: N/A** |
| | ) **Courtroom: Honorable  Edward J. Garcia** |
| _____ | ) |

Defendant Jian Liang hereby applies for the Court's assistance in Ordering the court reporter responsible for the trial transcript in the above matter to provide the defendant with an estimate of the cost of preparing a copy of the transcript for the defense forthwith and, if affordable by the defendant,  a copy of the trial transcript.  The defense is asking that the transcript, if affordable by the defendant, also be produced forthwith.

Undersigned counsel has been retained to handle the sentencing in this matter.  Undersigned counsel did not handle the trial in this matter and thus the trial transcript is necessary to acquaint counsel with the testimony at trial for both sentencing purposes and any potential new trial motion.  Sentencing in this matter is set for January 13, 2012.  Despite repeated phone calls and requests, Counsel has not been able to obtain an estimate from the Court Reporter of the cost of a trial transcript.  Accordingly, the defendant seeks the Court's assistance in Ordering the Court Reporter responsible for the trial transcript to provide the defense, forthwith, with an estimate of the cost of the production of the transcript and, if so requested by the defense, to produce a copy of the transcript forthwith.

Application and Proposed Order Re Transcript

PDF created with pdfFactory trial version www.pdffactory.com

1    **IT IS SO ORDERED**.

2    Dated: November 15, 2011            /s/ Edward J. Garcia

3                                       EDWARD J. GARCIA
                                        United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application and Proposed Order Re Transcript

PDF created with pdfFactory trial version www.pdffactory.com