**FILED**

MAR 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM *& Order*

| | |
|---|---|
| **TO:** | Colleen Lydon<br>Courtroom Clerk To the Honorable<br>Edward J. Garcia |
| **FROM:** | Patrick K. Hanly, Attorney for Defendant Jian Liang |
| **DATE:** | March 5, 2012 |
| **RE:** | <u>U.S. v. Liang</u>, CR S 06-337 and 06-390 EJG<br>Continuance of Judgment and Sentencing |

The above matter is scheduled for judgment and sentencing on April 27, 2012. The defense is still reviewing a copy of the trial transcript and discovery in this matter and is requesting more time to prepare for the sentencing. The following proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date: **6/29/12**

Reply or Statement of Non-opposition to be filed no later than **6/22/12**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **6/15/12**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**6/8/12**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **6/1/12**

The proposed presentence report shall be disclosed to counsel no later than: **5/18/12**

cc: Heiko Coppola– AUSA, Linda Alger, USPO

U.S. v. Liang, 06-337, 06-390memo re
continuance of sentencing 3doc

IT IS SO ORDERED

_[signature]_
3/7/12