# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM

*[Order]*

**FILED**
**OCT 11 2012**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

**TO:** Colleen Lydon
Courtroom Clerk To the Honorable
Edward J. Garcia

**FROM:** Patrick K. Hanly, Attorney for Defendant Jian Liang

**DATE:** October 10, 2012

**RE:** U.S. v. Liang, CR S 06-337 and 06-390 EJG
Continuance of Judgment and Sentencing

The above matter is scheduled for judgment and sentencing on November 16, 2012. Defense counsel will be in a state court trial during the scheduled dates for responses to the PSR. and is requesting a new sentencing date, and PSR schedule. The probation officer and prosecutor agree with the proposed schedule. The following proposed sentencing schedule is offered by the government, probation and defense:

Judgment and Sentencing date: **1/25/13**

Reply or Statement of Non-opposition to be filed no later than **1/18/13**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **1/11/13**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**1/4/13**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **12/21/12**

The proposed presentence report shall be disclosed to counsel no later than: **N/A (already disclosed)**

cc: Todd Pickles– AUSA, Linda Alger, USPO

**IT IS SO ORDERED**
*[signature]*
10/11/12

U.S. v. Liang, 06-337, 06-390memo re
continuance of sentencing 5doc