1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JIAN HONG LIANG
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No.  2:06-cr-390 WBS |
|---|---|
| Plaintiff, | Case No.  2:06-cr-337 WBS |
| v. | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| JIAN HONG LIANG, | |
| Defendant. | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| | Judge:  Honorable WILLIAM B. SHUBB |

Defendant, JIAN HONG LIANG, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 22, 2013, this Court sentenced Mr. Liang to a term of 180 months imprisonment on each of Counts 1 and 2 in 2:06-cr-390 and 180 months as to each of Counts 1 and 2 in case 2:06-cr-337, all to be served concurrently to each other for a total term of 180 months;

3. His total offense level was 35, his criminal history category was II, and the resulting guideline range was 188 to 235 months. He received a sentence below the low-end of the range on the defendant's motion;

4. The sentencing range applicable to Mr. Liang was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Liang's total offense level has been reduced from 35 to 33, and his amended guideline range is 151 to 188 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Liang's term of imprisonment on each of Counts 1 and 2 on both of the above-encaptioned cases to a term of 151 months, to be served concurrently to each other for a total term of 151 months.

Respectfully submitted,

Dated: August 31, 2016

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  August 31, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
Jian Hong Liang

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Liang is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 151 to 181 months.

/ / /

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2013 for each of Counts 1 and 2 in 2:06-cr-390 and each of Counts 1 and 2 in case 2:06-cr-337, be reduced to a term of 151 months, to be served concurrently to each other for a total term of 151 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Liang shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  October 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE